UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**UNITED STATES OF AMERICA**,    Case No.: 11-20794

    Plaintiff,

v.    Hon. Robert H. Cleland

**Muchamad Syaugy Ali Syech,**

    Defendant.

_____/

ORDER ALLOWING ACCESS TO FCI MILAN

    At a session of said Court, held in
the Federal Building, Detroit,
Michigan on 4/10/2012

PRESENT: HONORABLE _ROBERT H. CLELAND
    U.S. DISTRICT JUDGE

This matter having come before the Court upon the request of defendant, and the Court being fully advised in the premises;

IT IS HEREBY ORDERED that William Nixon, Jr., Ph.D. be allowed to meet with the defendant at FCI Milan to perform a psychological examination on Friday, May 4, 2012.

IT IS SO ORDERED.

    S/Robert H. Cleland
    United States District Judge